IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISCTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DBO PROPERTIES LTD AND DBO INVESTMENTS LLC,<br>   *Plaintiff,*<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY,<br>   *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   Civil Action No. 5:23-cv-654-FB (HJB) |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiffs DBO Properties, LTD, and DBO Investments, LLC, ("Plaintiffs") request leave of court to file *Plaintiffs' First Amended Complaint* against Defendant Twin City Fire Insurance Company ("Defendant" and "Twin City"), and said request is unopposed, as follows:

### INTRODUCTION

1.  Plaintiffs are DBO Properties, LTD and DBO Investments, LLC; and Defendant is Hartford Underwriters Insurance Company and Twin City Fire Insurance Company.

2.  This suit involves alleged property damage to Plaintiffs' property from a storm that occurred on or about May 27, 2020 in Bexar County, Texas. Hartford and Twin City are the insurer for Plaintiffs' property. Plaintiffs sued Defendants for breach of contract, violations of Chapters 541 and 542 of the Texas Insurance Code, breach of the duty of good faith and fair dealing, violations of Deceptive Trade Practices Act, and common law fraud.

3.  Plaintiffs originally filed this action in state court in Comal County Texas. Defendants subsequently removed this case on May 22, 2023 (Doc. 1).

4.  Plaintiffs now seek leave to amend their complaint in compliance with the

Federal Rules of Civil Procedure.

5. Plaintiff's motion is unopposed.

## ARGUMENT

6. Leave to amend should be freely given when justice so requires.[1] Courts should "entertain a presumption in favor of granting parties leave to amend" unless the opposing party can show prejudice, bad faith, or undue delay."[2]

7. Plaintiff is not guilty of undue delay or bad faith. Plaintiff diligently moved to amend as soon as it became apparent that the amendment was necessary.

8. Additionally, Defendant will not be prejudiced by the filing of the amended pleading.[3]

9. Plaintiffs' First Amended Complaint is attached as Exhibit "A".

## CONCLUSION

For these reasons, Plaintiffs ask the Court to grant leave to file their First Amended Complaint, and for all other relief to which Plaintiffs may be justly entitled.

Respectfully Submitted,

By: _____

J. Rohlf Jewell
Texas Bar No. 24046157
rjewell@hodgefirm.com
Shaun W. Hodge
Texas Bar No. 24052995
shodge@hodgefirm.com
The Hodge Law Firm, PLLC
1301 Market Street
Galveston, Texas 77550
Telephone: (409) 762-5000
Facsimile: (409) 763-2300

ATTORNEYS FOR PLAINTIFFS

---

[1] Fed. R. Civ. P. 15(a)(2); *Foman v. Davis*, 371 U.S. 178, 182 (1962); *C.F. v. Capistrano Unified Sch. Dist.,* 654 F.3d 975, 985 (9th Cir. 2011); *Bylin v. Billings*, 568 F.3d 1224, 1229 (10th Cir. 2009).
[2] *Mayeaux v. La. Health Serv. & Indem. Co.,* 376 F.3d 420, 425 (5th Cir. 2004); *Foman,* 371 U.S. at 182 (1962); see *Runnion v. Girl Scouts of Greater Chi. & Nw. Ind.,* 786 F.3d 510, 519-20 (7th Cir. 2015).
[3] *See Sanborn-Alder v. Cigna Grp. Ins.,* No. H-09-0806, 2010 U.S. Dist. LEXIS 160356 (S.D. Tex. 2010); *Auster Oil & Gas, Inc. v. Stream,* 764 F.2d 381, 391 (5th Cir. 1985).

## CERTIFICATE OF CONFERENCE

I hereby certify that the undersigned conferred with opposing counsel to determine whether Defendants are opposed to or not opposed to Plaintiff's foregoing motion by email on September 1st, 2023. On the same date, the undersigned received a response from counsel confirming the motion for leave is unopposed.

By: _____
      J. Rohlf Jewell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served in compliance with Federal Rules of Civil Procedure on September 1st, 2023, to:

Martin R. Sadler
Texas Bar No.: 00788842
Federal Id.: 18230
sadler@litchfieldcavo.com
E. R. Hamilton
Texas Bar No.: 24068685
Federal Id.: 1322622
LITCHFIELD CAVO, LLP
One Riverway, Suite 1000
Houston, Texas 77056
Telephone: (713) 418-2000
Facsimile: (713) 418-2001
**ATTORNEYS FOR DEFENDANTS
HARTFORD UNDERWRITERS INSURANCE
COMPANY AND TWIN CITY FIRE
INSURANCE COMPANY**

By: _____
J. Rohlf Jewell