IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DBO PROPERTIES LTD and DBO INVESTMENTS LLC, <br><br> Plaintiff, <br><br> VS. <br><br> HARTFORD UNDERWRITERS INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY, <br><br> Defendant. | § § § § § § § § § § § § § § | CIVIL ACTION NO. SA-23-CV-654-FB |

### *ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT*

Before the Court is the Joint Motion to Dismiss with Prejudice filed by the parties on November 30, 2023 (docket #23). Plaintiffs move this Court for entry of an order dismissing all of Plaintiffs' claims in the above styled and numbered cause against the Defendants with prejudice pursuant to a release and settlement agreement with each party to bear its own costs. The Court finds the joint motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Joint Motion to Dismiss with Prejudice (docket #23) is GRANTED such that all claims and the above styled and numbered cause are DISMISSED WITH PREJUDICE to the re-filing of same with each party to bear its own costs. Motions pending, if any, are DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 30th day of November, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE